UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20mj5074-AGS |
|---|---|
| Plaintiff, | **ORDER GRANTING STAY OF BOND ORDER PENDING APPEAL AND ORDER GRANTING MOTION TO UNSEAL CASE** |
| v. | |
| WILLIAM HENRY WARREN (2), | |
| Defendant. | |

Upon motion of the United States, IT IS HEREBY ORDERED that bond order issued in 20mj5074-AGS (Southern District of California)/20MJ0818 (Central District of California) is stayed pending appeal of the motion setting bail.

IT IS FURTHER ORDERED, that the case be unsealed.

**SO ORDERED.**

DATE:

11/30/2020

Janis L. Sammartino
United States District Judge